1  **CAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Ste. 112
Fresno, California 93720
3  Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5  Attorney for Defendant, DONN PIERSON

6

7

8                             UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,           )     CASE #6:07-mj-00223-WMW
                                        )
11                                      )
                                        )     WAIVER OF DEFENDANT'S
12              Plaintiff,              )     PERSONAL APPEARANCE
                                        )
13  vs.                                 )
                                        )
14  DONN PIERSON,                       )
                                        )
15              Defendant.              )
                                        )
16  _____)

17         TO THE ABOVE-ENTITLED COURT:

18         The Defendant DONN PIERSON, having been advised of his right to be present at all

19  stages of proceedings, including, but not limited to, presentation of and arguments on questions

20  of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the

21  right to be present at the hearing of any motion or other proceeding in this cause.  Examples of

22  hearings concerning which the defendant waives the right to be present include when the case is

23  set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard,

24  during a plea or change of plea, during sentencing or any case disposition, when a motion for

25  reduction of bail or for a personal recognizance release is heard.

26         The undersigned Defendant requests the Court to proceed during every absence of the

27  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28  is represented at all times by the presence of her attorney the same as if the Defendant were

1 personally present in court, and further agrees that notice to Defendant's attorney that
2 Defendant's presence in court on a particular day at a particular time is required is notice to the
3 Defendant of the requirement of Defendant's appearance at that time and place.
4
5 Dated: September 7, 2007
                                        By: /s/ Donn Pierson
6                                           DONN PIERSON
7 Dated: September 10, 2007
8                                       By: /s/ Carol Ann Moses
                                            CAROL ANN MOSES
9                                           Attorney for Defendant,
                                            DONN PIERSON
10 IT IS SO ORDERED.
11 **Dated:   September 11, 2007**              /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28