**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, DONN PIERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | ) | CASE NO. 6:07-mj-00223-WMW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO VACATE MOTION HEARING AND SET NEW HEARING DATE |
| DONN PIERSON, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the Defendant, DONN PIERSON, his Attorney of record, CAROL ANN MOSES, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the motion hearing currently scheduled for January 30, 2008 at 10:00 a.m. be vacated because the defendant has been out of the country and unable to consult with counsel.  The following new dates are respectfully requested to be set by the court:  defense counsel will file her motion by January 15, 2008; Legal Officer for the National Park Service will file her response by February 8, 2008; and the requested new hearing date is February 12, 2008 at 10:00 a.m.

Dated: January 10, 2008                By: /s/ Carol Ann Moses
                                           CAROL ANN MOSES
                                           Attorney for Defendant
                                           DONN PIERSON

Dated: January 10, 2008                By: /s/ Elizabeth Waldow
                                           Elizabeth Waldow
                                           Legal Officer for
                                           United States Government

1
STIPULATION TO VACATE MOTION HEARING AND
SET NEW HEARING DATE  AND ORDER THEREON

* * * ORDER * * *

The Court, having reviewed the above request to Vacate Motion Hearing Date and set new hearing Date and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Motion Hearing scheduled for Defendant DONN PIERSON, shall be vacated and the matter be set for a new hearing on February 12, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 14, 2008**          /s/  **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE