1  McGREGOR W. SCOTT
   United States Attorney
2  MARK J. McKEON
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 6:07-mj-00223 WMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION AND ORDER FOR |
| v. | ) | DISMISSAL OF CRIMINAL |
| | ) | COMPLAINT |
| DONN PIERSON, | ) | |
| Defendant. | ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the criminal complaint against DONN PIERSON without prejudice in the interest of justice.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: May 28, 2008          By:    /s/MARK J. McKEON
                                    MARK J. McKEON
                                    Assistant U.S. Attorney

1

<u>ORDER</u>

IT IS HEREBY ORDERED that the criminal complaint against DONN PIERSON be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:   May 29, 2008**          <u>     /s/  William M. Wunderlich     </u>
                                    UNITED STATES MAGISTRATE JUDGE